Marco A. PEREZ, Petitioner,

v.

DEPARTMENT OF JUSTICE,
Respondent.

No. 2007–3298.

United States Court of Appeals,
Federal Circuit.

Feb. 12, 2008.

Thomas G. Roth, of West Orange, NJ, argued for petitioner.

Hillary A. Stern, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General; Jeanne E. Davidson, Director; and Todd M. Hughes, Deputy Director.

Before RADER, LINN, and PROST, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

***AFFIRMED.*** *See* Fed. Cir. R. 36.